STEVEN GERARD SLEDGE, PRO SE,
TDCJ-CID No. 01678970,

    Plaintiff,

v.

NFN BRISCO, CO III, ET AL.,

    Defendants.

2:16-CV-0138

## ORDER OF DISMISSAL

Plaintiff STEVEN GERARD SLEDGE, acting *pro se*, while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above named defendants, and was granted permission to proceed *in forma pauperis*.

On November 9, 2017, the Magistrate Judge issued a Report and Recommendation analyzing plaintiff's claims and recommending dismissal without prejudice for failure to state a claim upon which relief could be granted.

No objections to the Report and Recommendation have been filed, and the response period has expired.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

Pursuant to Title 28, United States Code, sections 1915A and 1915(e)(2), as well as Title 42, United States Code, section 1997e(c), it is ORDERED that the Civil Rights Claims filed pursuant to Title 42, United States Code, Section 1983, by plaintiff STEVEN GERARD SLEDGE against all defendants be DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record by first class mail.

All other pending motions are DENIED.

IT IS SO ORDERED.

Signed this the 12th day of March, 2018.

MARY LOU ROBINSON
United States District Judge